**SECOND DIVISION
MILLER, P. J.,
DOYLE, P. J., and REESE, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**March 28, 2019**

# In the Court of Appeals of Georgia

A17A0032. MARTIN v. CITY OF COLLEGE PARK.        DO-002

DOYLE, Chief Judge.

In *Martin v. City of College Park*,[1] we affirmed in part and reversed in part the grant of summary judgment to defendant City of College Park. After granting certiorari review, the Supreme Court of Georgia reversed this Court's judgment and remanded the case for proceedings consistent with the Supreme Court's opinion.[2] Accordingly, we vacate our earlier opinion and adopt the judgment of the Supreme Court. The judgment of the trial court is vacated, and the case is remanded.

*Judgment vacated and case remanded with direction. Miller, P.J., and Reese, J., concur.*

---

[1] 342 Ga. App. 289 (802 SE2d 292) (2017).

[2] See *City of College Park v. Martin*, 304 Ga. 488, 491 (818 SE2d 620) (2018).